

**UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT**

Appellate Case No. 10-3141

| | |
|---|---|
| IN RE LAWN MOWER ENGINE HORSEPOWER MARKETING AND SALES PRACTICES LITIGATION | District Court No.:<br>Case No. 2:08-MD-01999-LA<br>Judge Lynn Adelman<br>Clerk/Agency Representative:<br>Jon Sanfilippo |
| Related Cases: 10-2971<br>10-3126<br>10-3146<br>10-3154<br>10-3157<br>10-3158 | |

**DOCKETING STATEMENT**

Pursuant to Circuit Rule 3 of the Seventh Circuit Court of Appeals, objectors/appellants, Thomas L. Cox, Jr. and Karen Chandler, submits the following docketing statement.

**A.     Statement regarding related appellate proceedings.**

By their Notice of Appeal, Thomas L. Cox, Jr. and Karen Chandler appealed District Court Document Nos. 380 through 385. There have been no other appellate proceedings in or relating to this case prior to august of 2010. Since the August 16, 2010 Orders, other parties have filed separate Notices of Appeal from some or all of the Orders entered by the District Court on August 16, 2010. As of the date of filing this Docketing Statement, these other, related Notices of Appeal include:

1.     A Notice of Appeal filed on August 23, 2010 by objecting class members, Rosalie Borgarts, Paul Palmer, Irving S. Bergrin, Cory A. Buye, Jill Cannata, Robert Falkner, and Thomas Basie, to appeal several orders, Document Nos. 380 through 385, entered on August 16, 2010 in the above-captioned District Court action. The August 23, 2010 appeal has been

designated as *IN RE: Lawnmower Engine Horsepower Marketing Sales Practices Litigation*, Case No. 10-2971 in the Seventh Circuit Court of Appeals.

2.　　On September 10, 2010, objecting class member Carl Olson, Jr., filed a Notice of Appeal from the Decision and Order approving class action settlement and awarding attorney's fees to class counsel (Docket No. 380), and the Order and Judgment Approving Group of Six Settlement (Docket No. 382).

3.　　On September 14, 2010, Husqvarna Outdoor Products, Inc., filed a Notice of Appeal and Docketing Statement regarding Document Nos. 210, 380 and 381.

4.　　On September 14, 2010, a Notice of Appeal was filed by objecting class members Douglas Hilbert, Kelly Marie Spann, Kent Stephens, David Borgmeyer, Jarvis Gutridge, Earl Hortiz, Mark Schulte, Munir Abu-Nader, to appeal the following Orders entered on August 16, 2010 in the above-captioned District Court action: Decision and Order (Docket No. 380); Order and Judgment Approving MTD Settlement (Docket No. 381); Order and Judgment Approving Group of Six Settlement (Docket No. 382); Order and Judgment Approving Honda Settlement (Docket No. 383); Order and Judgment Approving Kawasaki Settlement (Docket No. 384); and Order and Judgment Approving the Kohler Co. Settlement (Docket No. 385).

5.　　On September 14, 2010, a Notice of Appeal was filed by Jeannine Miller, a class member, appealing Docket Nos. 380 through 385.

6.　　On September 15, 2010, a Notice of Appeal was filed by class members Janis Gutridge, Earl Horitz, Douglas Hilbert, Kent Stephens, David Borgmeyer and Kelly Marie Spann.

7.　　On September 15, 2010, a Notice of Appeal was filed by class member Scott Kimball, III appealing Docket Nos. 380 through 385.

**B.    Appellant's Jurisdictional Statement**

1.    Jurisdiction in the District Court

Jurisdiction in the District Court was based on diversity jurisdiction pursuant to 28 U.S.C. § 1332(d). In particular, the litigation in the District Court was a class action in which any member of a class of plaintiffs was a citizen of a state different from any defendant; and in which the amount in controversy was alleged to exceed $5,000,000. Numerous cases had been filed across the country and the cases were consolidated in the Eastern District of Wisconsin. The District Court also had jurisdiction pursuant to 28 U.S.C. § 1331 in relation to federal claims brought under the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961-68.

2.    Appellate Jurisdiction

This is an appeal as a under Fed. R. App. P. 4(A), pursuant to 28 U.S.C. § 1291. The orders and judgments that are the subject of this appeal are Docket Nos. 380 through 385, which are the same Orders in most of the Notices of Appeal described above.

Respectfully submitted,

*Joshua B Kons*
Joshua B. Kons
Bar No. 1063948
Law Offices of Joshua B. Kons, LLC
225 E. Henry Clay Street, No. 2
Whitefish Bay, WI 53217
(414) 257-1137  FAX: (414) 255-3522

CERTIFICATE OF SERVICE

    A copy of the foregoing Docketing Statement was served on the following by regular mail on September 20, 2010:

K. Scott Wagner
Hale & Wagner SC
839 N. Jefferson Street, Suite 400
Milwaukee, WI 53202

Vincent J. Esades
Heins Mills & Olson PLC
310 Clifton Avenue
Minneapolis, MN 55403

Edward F. Siegel
Edward F. Siegel Co. LPC
27600 Chagrin Blvd., Suite 340
Cleveland, OH 44122

Howard A. Pollack
Godfrey & Kahn SC
780 N. Water Street
Milwaukee, WI 53202

                                                                _____
                                                                  Joshua B. Kons