## CIRCUIT RULE 26.1 DISCLOSURE STATEMENT

Appellate Court No: __10-3141__     (Related Cases:   10-2971, 10-3126, 10-3146, 10-3154, 10-3157, 10-3158)

Short Caption: __In Re: Lawnmower Engine Horsepower Marketing and Sales Practice Litigation__

To enable the judges to determine whether recusal is necessary or appropriate, an attorney for a non-governmental party or amicus curiae, or a private attorney representing a government party, must furnish a disclosure statement providing the following information in compliance with Circuit Rule 26.1 and Fed. R. App. P. 26.1.

The Court prefers that the disclosure statement be filed immediately following docketing; but, the disclosure statement must be filed within 21 days of docketing or upon the filing of a motion, response, petition, or answer in this court, whichever occurs first. Attorneys are required to file an amended statement to reflect any material changes in the required information. The text of the statement must also be included in front of the table of contents of the party's main brief. **Counsel is required to complete the entire statement and to use N/A for any information that is not applicable if this form is used.**

[XX]   **PLEASE CHECK HERE IF ANY INFORMATION ON THIS FORM IS NEW OR REVISED AND INDICATE WHICH INFORMATION IS NEW OR REVISED.**

(1) The full name of every party that the attorney represents in the case (if the party is a corporation, you must provide the corporate disclosure information required by Fed. R. App. P 26.1 by completing item #3):

Thomas L. Cox, Jr. and Karen Chandler; however, Thomas L. Cox, Jr. is a licensed Texas attorney who was admitted to practice in this circuit on October 22, 2010.

(2) The names of all law firms whose partners or associates have appeared for the party in the case (including proceedings in the district court or before an administrative agency) or are expected to appear for the party in this court:

Thomas L. Cox, Jr.
The Cox Firm
4934 Tremont
Dallas, Texas   75214

(3) If the party or amicus is a corporation:

   i) Identify all its parent corporations, if any; and

   N/A

   ii) list any publicly held company that owns 10% or more of the party's or amicus' stock:

   N/A

U.S.C.A.-7th Circuit
FILED
OCT 25 2010   RJT
GINO J. AGNELLO
CLERK

Attorney's Signature: _____   Date: October 22, 2010
Attorney's Printed Name: Thomas L. Cox, Jr.

Please indicate if you are *Counsel of Record* for the above listed parties pursuant to Circuit Rule 3(d).   Yes [X]   No [ ]

Address: 4934 Tremont
Dallas, Texas   75214

Phone Number: (469) 531-3313     Fax Number: (214) 855-7878

E-Mail Address: tcox009@yahoo.com

rev. 01/08 AK

# UNITED STATES COURT OF APPEALS
# FOR THE SEVENTH CIRCUIT

### Appellate Case No. 10-3141

| | |
|---|---|
| IN RE LAWN MOWER ENGINE HORSEPOWER MARKETING AND SALES PRACTICES LITIGATION | U.S.C.A.–7th Circuit<br>**F I L E D**<br>OCT 25 2010　RJT<br>GINO J. AGNELLO<br>CLERK |
| Related Cases:　10-2791　　10-3154<br>　　　　　　　　　10-3126　　10-3157<br>　　　　　　　　　10-3146　　10-3158 | **APPEARANCE OF COUNSEL** |

CLIENT'S OR
CLIENTS' NAMES:　　　Thomas L. Cox, Jr., Appellant/Objector
　　　　　　　　　　　Karen Chandler, Appellant/Objector

LEAD COUNSEL:　　　　Thomas L. Cox, Jr.
　　　　　　　　　　　4934 Tremont
　　　　　　　　　　　Dallas, Texas 75214
　　　　　　　　　　　(469) 531-3313
　　　　　　　　　　　FAX: (214) 855-7878

　　　　　　　　　　　Respectfully submitted,

　　　　　　　　By:　　*/s/ Thomas L. Cox, Jr.*
　　　　　　　　　　　Thomas L. Cox, Jr.
　　　　　　　　　　　4934 Tremont
　　　　　　　　　　　Dallas, Texas 75214
　　　　　　　　　　　(469) 531-3313
　　　　　　　　　　　FAX: (214) 855-7878

CERTIFICATE OF SERVICE

A copy of the foregoing Amended Docketing Statement was filed with the court and forwarded to the following by regular mail on October 22, 2010:

K. Scott Wagner
Hale & Wagner SC
839 N. Jefferson Street, Suite 400
Milwaukee, WI 53202

Vincent J. Esades
Heins Mills & Olson PLC
310 Clifton Avenue
Minneapolis, MN 55403

Edward F. Siegel
Edward F. Siegel Co. LPC
27600 Chagrin Blvd., Suite 340
Cleveland, OH 44122

Howard A. Pollack
Godfrey & Kahn SC
780 N. Water Street
Milwaukee, WI 53202

U.S.C.A. – 7th Circuit
R E C E I V E D

OCT 25 2010　RJT

GINO J. AGNELLO
CLERK

_____
Thomas L. Cox, Jr.